November 27, 2012,



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF H.C, a Juvenile

NO. 14-12-00910-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.